# Bromberg Law Office, P.C.

Brian L. Bromberg
Licensed in New York State

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:    (212) 248-7908

## MEMO ENDORSED

July 10, 2006

<u>Via Fax: (914) 390-4179 & First Class Mail</u>
Honorable Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 11601

    *Re:  Brickman v. Tiburon Financial, LLC, 06-CV-4061(SCR)*

Dear Judge Robinson:

My office represents the plaintiff in the above-referenced case. Your Honor requested that the parties submit a Scheduling Order on or before Friday, July 7, 2006, however, Defendant has not yet retained counsel and Defendant's time to answer the complaint has not yet expired. Because service was made by waiver, Defendant's time to answer does not expire until July 31, 2006. Accordingly, Plaintiff requests additional time to file the Scheduling Order.

This extension will probably prove unnecessary because the parties have reached a settlement in principal and yesterday I sent settlement documents to Defendant's President, John Keady, for review.

*[Handwritten: Plaintiff has until 7/31/06 to file the Scheduling Order.]*

**APPLICATION GRANTED**

Respectfully,

Brian L. Bromberg

*[Signed] Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
7/11/06

cc:  John Keady (Via Fax: 402-342-6838 & First Class Mail)
     Lance A. Raphael, Esq. (Via Fax: 312-377-9930)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____